# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH LOU IOVINO,<br>　　　　　Plaintiff,<br>vs.<br>CAESARS ENTERTAINMENT<br>　　OPERATING CO., INC., *et al.*,<br>　　　　　Defendants. | Case No.  2:15-cv-02249-MMD-CWH<br><br>**ORDER** |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in the instant case. Further failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, <u>inter alia</u>, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Defendant Desert Palace, Inc.'s recently filed Supplement Initial Disclosures (doc. # 52) from the record.

DATED: March 3, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**