Christian M. Orme (10175)
Richard L. Wade (11879)
**HUTCHISON & STEFFEN, LLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
corme@hutchlegal.com
rwade@hutchlegal.com

*Attorneys for Defendant
Desert Palace, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SARAH LOU IOVINO, | CASE NO. 2:15-cv-02249-MMD-CWH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| DESERT PALACE, INC., et al, | |
| Defendants. | |

Plaintiff Sarah Iovino and Defendant Desert Palace, Inc. (collectively the "Parties"), by and through their undersigned counsel, stipulate that this matter be dismissed with prejudice, each party to bear her/its own costs and attorneys' fees. Further all future dates in this matter should be vacated from the Court's calendar.

DATED this 14 day of August, 2017.

HUTCHISON & STEFFEN, LLC

_____
Christian M. Orme (10175)
Richard L. Wade (11879)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant
Desert Palace, Inc.*

MAINOR WIRTH, LLP

_____
Bradley S. Mainor (7434)
Matthew G. Holland (10370)
Katie E. Goldberg (13493)
6018 S. Ft. Apache Road, Suite 150
Las Vegas, Nevada 89148

*Attorneys for Plaintiff
Sarah Iovino*

*Iovino v. Desert Palace*, 2:15-cv-02249-MMD-CWH

**ORDER**

Upon stipulation of the parties, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Complaint filed in the above-entitled case are hereby dismissed, with prejudice, each party to bear his/her/its own costs and attorneys' fees. Further all future dates in this matter should be vacated from the Court's calendar.

DATED this 19th day of September, 2017.

_____
DISTRICT COURT JUDGE

Submitted by:
HUTCHISON & STEFFEN, LLC

_____
Christian M. Orme (10175)
Richard L. Wade (11879)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendant Desert Palace, Inc.*